IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TEXARKANA DIVISION

| | | |
|---|---|---|
| ALEXIS AYALA | § | |
| VS. | § | CIVIL ACTION NO. 5:21cv136 |
| UNITED STATES OF AMERICA | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Relator Alexis Ayala, proceeding *pro se*, filed this petition for writ of mandamus. The above-styled action was referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendations for the disposition of the case.

Procedural Background

On March 2, 2022, the Court entered an order directing relator to pay the $5 filing fee or submit an application to proceed *in forma pauperis*. Relator was given 30 days to comply with the Court's order. A copy of the order was mailed to Relator at the address he provided to the Court. The time for complying with the order has expired. However, Relator has failed to comply with the order or otherwise contact the Court.

Discussion

Federal Rule of Civil Procedure 41(b) authorizes the Court to dismiss an action for failure to prosecute or for failure to comply with any order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

By failing to comply with the order described above, Relator has failed to diligently prosecute this case. As a result, this case should be dismissed for want of prosecution.

Recommendation

This petition for writ of mandamus should be dismissed without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

Objections

Objections must be (1) specific, (2) in writing, and (3) served and filed within ten days after being served with a copy of this report.  28 U.S.C. § 636(b)(1); FED. R. CIV. P. 6(a), 6(b) and 72(b).

A party's failure to object bars that party from (1) entitlement to *de novo* review by a district judge of proposed findings and recommendations, *Rodriguez v. Bowen*, 857 F.2d 275, 276-77 (5th Cir. 1988), and (2) appellate review, except on grounds of plain error, of unobjected-to factual findings and legal conclusions accepted by the district court, *Douglass v. United Serv. Auto. Ass'n.*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

**SIGNED this 3rd day of May, 2022.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE